1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              │ No. 2:23-cv-01834-TLN-KJN
         IN RE:  STEVEN WAYNE BONILLA          │
12                                              │ No. 2:23-cv-01836-TLN-KJN

13                                              │ No. 2:23-cv-01838-TLN-KJN

14                                              │ No. 2:23-cv-01839-TLN-KJN

15                                              │ No. 2:23-cv-01841-TLN-KJN

16                                              │ No. 2:23-cv-01842-TLN-KJN

17                                              │ No. 2:23-cv-01843-TLN-KJN

18                                              │ No. 2:23-cv-01844-TLN-KJN

19                                              │ No. 2:23-cv-01864-TLN-KJN

20                                              │ No. 2:23-cv-01865-TLN-KJN

21                                              │ **ORDER**

22

23

24          Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On

25   November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-

26   KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

27   2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by

28   Plaintiff related to his Alameda County conviction will be dismissed and closed.

                                            1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the

2    complaints/petitions filed in the cases listed in the caption above.  The Court finds the

3    complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

4    Alameda County conviction.

5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01834, 2:23-cv-01836, 2:23-cv-

6    01838, 2:23-cv-01839, 2:23-cv-01841, 2:23-cv-01842, 2:23-cv-01843, 2:23-cv-01844, 2:23-cv-

7    01864 and 2:23-cv-01865 are DISMISSED; the Clerk of the Court is directed to close these cases;

8    no further filings will be accepted in any of the above referenced cases.

9    Date:  September 11, 2023

13   Troy L. Nunley
     United States District Judge

2